AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Phillip D. Newberry | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.  1:24-cv-01678-RMG-SVH |
| South Carolina | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the petitioner, Phillip D. Newberry, shall take nothing of the respondent, South Carolina, and this action is dismissed with prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.
☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Richard M. Gergel,  US District Judge, presiding. The Court having accepted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal.


Date:   May 30, 2024                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/ A. Snipes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*